No. 350. RUHL *v.* RAILROAD RETIREMENT BOARD. C. A. 7th Cir. Certiorari denied. *Anthony A. DiGrazia, Harry A. Carlson* and *Hugh M. Matchett* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas, Morton Hollander* and *Richard S. Salzman* for respondent.

No. 353. KOHLER Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Lyman C. Conger, Edward J. Hammer* and *E. Riley Casey* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for the National Labor Relations *Board,* and *Joseph L. Rauh, Jr., John Silard* and *Stephen I. Schlossberg* for Local 833, United Automobile, Aircraft and Agricultural Implement Workers, respondents. Briefs of *amici curiae,* in support of the petition, were filed by *Eugene Adams Keeney* and *Guy Farmer* for the Chamber of Commerce of the United States, by *Lambert H. Miller* for the National Association of Manufacturers of the United States, and by *Walter S. Davis* for the Wisconsin Manufacturers' Association.

No. 359. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. W. Massey* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 360. MARSHALL ET AL. *v.* MAYOR AND BOARD OF SELECTMEN, CITY OF MCCOMB. Sup. Ct. Miss. Certiorari denied. *Robert L. Carter, Barbara A. Morris* and *Jack H. Young* for petitioners.